1:23-cv-01080-JES    # 1    Filed: 02/24/23    Page 1 of 19

E-FILED
Friday, 24 February, 2023 02:53:47 PM
Clerk, U.S. District Court, ILCD

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

FEB 2 4 2023
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Christiaan David Davis )
(Full name under which convicted) )
PETITIONER )
 )
Ogle County Jail # 350734 )   Case Number: 23-1080
(Prisoner Number) )   (Supplied by Clerk of this Court)
 )
vs. )
 )
McLean County Sheriff )
(Warden, superintendent, or authorized )
person having custody of petitioner) )
RESPONDENT, and )
 )
 )
**(Fill in the following blank only if** )
**judgment attacked imposes a sentence** )
**to commence in the future.)** )
 )
ATTORNEY GENERAL OF THE )   Case Number of State Court Conviction:
STATE OF ILLINOIS )
 )   19CM848 & 20CF568
(State where judgment entered) )

## PETITION FOR WRIT OF HABEAS CORPUS – PERSON IN STATE CUSTODY

1. Name and location of court where conviction entered:
   McLean County Circuit 11th Judicial Bloomington Illinois

2. Date of judgment of conviction: 05/05/2021 - 20CF568 / 10/30/20 - 19CM848

3. Offense(s) of which petitioner was convicted (list all counts with indictment numbers, if known)
   20CF568 - Ct #2 Domestic Battery Subsequent
   19CM848 - Ct #1 Domestic Battery Physical Contact

4. Sentence(s) imposed:
   20CF568 - 180 days, 188 served, and 30 Month Probation
   19CM848 18 month Conditional discharge 90 day stayed served

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

1

Rev. 06/29/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5. What was your plea? (Check one)  ☒ Not guilty  ☒ Guilty  ☐ Nolo contendere
   If you pleaded guilty to one count or indictment and not guilty to another count or indictment, give details: _See Attached statement of facts with Docket Record sheet And Additional references._

## PART I – TRIAL AND DIRECT REVIEW

1. Kind of trial: (Check one):  ☐ Jury  ☐ Judge only
2. Did you testify at trial?  ☐ Yes  ☐ No
3. Did you appeal from the conviction or the sentence imposed?  ☐ Yes  ☐ No
   (A) If you appealed, give the
       (1) Name of court: _____
       (2) Result: _____
       (3) Date of ruling: _____
       (4) Issues raised: _____

   (B) If you did not appeal, explain briefly why not: _See Attached statement of facts Pursuant to Civil Rights Action_

4. Did you appeal, or seek leave to appeal, to the highest state court?  ☐ Yes  ☒ No
   (A) If yes, give the
       (1) Result: _____
       (2) Date of ruling: _____
       (3) Issues raised: _____

   (B) If you did not appeal, explain briefly why not: _See Attached statement of facts Pursuant to Civil Rights Action_

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

2

Rev. 06/29/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5. Did you petition the United States Supreme Court for a writ of *certiorari*?
   ☐ Yes    ☒ No

   If yes, give (A) date of petition: _____

   (B) Date *certiorari* was denied: _____    **PART II – COLLATERAL PROCEEDINGS**

1. With respect to this conviction or sentence, have you filed a post-conviction petition in state court?
   ☐ Yes    ☒ No

   With respect to *each* post-conviction petition give the following information (use additional sheets if necessary):

   A. Name of court: _____

   B. Date of filing: _____

   C. Issues raised: _____
   _____

   D. Did you receive an evidentiary hearing on your petition?    ☐ Yes    ☐ No

   E. What was the court's ruling? _____

   F. Date of court's ruling: _____

   G. Did you appeal from the ruling on your petition?    ☐ Yes    ☐ No

   H. (a) If yes, (1) what was the result? _____

   (2) date of decision: _____

   (b) If no, explain briefly why not: *See Attached statement of facts Pursuant to Civil Rights Action*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. Did you appeal, or seek leave to appeal this decision to the highest state court?

☐ Yes   ☐ No

(a) If yes, (1) what was the result? _____

(2) date of decision: _____

(b) If no, explain briefly why not: See Attached statement of facts Pursuant to Civil Rights Action pertaining to this matter, I do not understand the Legal Procedures I informed other inmates of my Problem/Issues And this is How I was Advised to handle the situation

2. With respect to this conviction or sentence, have you filed a petition in a **state court** using any other form of post-conviction procedure, such as *coram nobis* or habeas corpus?

☐ Yes   ☒ No

A. If yes, give the following information with respect to each proceeding (use additional sheets if necessary):

1. Nature of proceeding _____
2. Date petition filed _____
3. Ruling on the petition _____
4. Date of ruling _____
5. If you appealed, what was the ruling on the appeal? _____
6. Date of ruling on appeal _____
7. If there was a further appeal, what was the ruling? _____
8. Date of ruling on appeal _____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/29/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

3. With respect to this conviction or sentence, have you filed a previous petition for habeas corpus in **federal court**? ☐ Yes ☒ No

   A. If yes, give name of court, case title and case number: _____

   B. Did the court rule on your petition? If so, state

      (1) Ruling: _____

      (2) Date: _____

4. With respect to this conviction or sentence, are there legal proceedings pending in any court, other than this petition? ☒ Yes ☐ No
   If yes, explain: *I have A Probation sentence from McLean County Circuit Court for 30 months the termination date is 11/05/23*

## PART III – PETITIONER'S CLAIMS

1. State briefly every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. You may attach additional pages stating additional grounds and supporting facts. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds later.

   **BEFORE PROCEEDING IN THE FEDERAL COURT, YOU MUST ORDINARILY FIRST EXHAUST YOUR STATE COURT REMEDIES WITH RESPECT TO EACH GROUND FOR RELIEF ASSERTED.**

   (A) Ground one *See Attached – "CAUSE for Action" – CAUSE For Action Attached*
       Supporting facts (tell your story briefly without citing cases or law):
       *Please see Attached statement of facts Pursuant to Civil Rights Action § 42 U.S.C. 1983 § 1985 § 1986 § 28 U.S.C. 2201 § 2202*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/29/2016

# — STATEMENT OF FACTS —

Page #1

On May 16th 2020, I was Arrested And Charged with A Misdemeanor Disorderly Conduct case #2020CM489. I post bail And there was A Civil-No Contact order In Place Entered by the Court between ME And My wife CARLA DAVIS. Around the 1st week of June 2020 oR there After ME & My Wife Went to McLean County Courthouse to get the No-Contact Removed. ~~4 oR 5 weeks later on July 3rd 2020~~ ME & My Wife Appear in front of Judge William Workman And Both testify As to we want the No-Contact Removed And the state Makes us Sign what Appeared to be At the Time A No-Contact Removal sheet oR form. 4 oR 5 weeks Later on July 3rd 2020. ME & My & Kids, Are home Preparing for the 4th of July Holiday. I was in my back yard BBQing when Normal Police Approach ME And states they have A warrant for my Arrest. I object but did Submit once I seen the Judge Signature. July 6th 2020. A Bond Hearing was Held thats when I was informed of the charges for Agg. Battery on Police officer / Domestic Battery. On August 5th I had Received A (PR) Bond with Electronic Monitoring, And once Again No-Contact was Removed. I was Released on (PR) Bond And Electronic Monitoring on August 6th 2020. While out on Bond ME & wife Request Copies of Discovery And find out the State's Attorney, Bradly Rigdon use A Copy of the Civil No-Contact Removals As An instrument for A Complaint As if the Signature on the Document was A formal Complaint from A victim to Commence the Felony Proceedings. ME & My wife were highly Aggrieved At the State's Attorney Deceptive Practices And wrote Affidavits & Complaints got them Notorized And Certified Mail them to the Judge, State's Attorney, And Public Defender At the McLean County Justice Center. At that time ME & My wife Did not know How to File A formal Complaint oR state Claims

And I did not know about Federal District courts or how to assert when my Constitutional Rights were being infringed upon. I did not know about Civil Rights Actions. or the 14 Amendments for Equal Protection of the LAW. From August – October 2020 ME & My wife Mailed Certified Notorized "Complaints" well we thought were complaints But they really were Affidavits, to McLean County Judge, State Attorney And Public Defenders to cease And Desist And dismiss the Malicious Prosecution of charges. On October 21st 2020, ME & My wife CARLA DAVIS Appear At My Court Date In the Matter of (20CF568) when my name is called by Judge William YODER, I Rise And state that ME And My wife have Notorized Complaints & Affidavits we would like to have filed for unconstitutional claims pertaining to this matter the Judge tells me that All Documents must be filed with the Circuit clerk And gives ME Another Court Date for December 15th 2020, And instructs ME to the Clerk to file My Documents. Once Again I did not know about District Courts or How to Properly file claims for Civil Rights violations. So I file My Affidavits that ME & My wife had Notorized that we thought were formal Complaints And filed them inside My Criminal Case File with McLean County Circuit Clerk And that's when Everything changed for the Worst End of October I had Multiple Court Appearances in the Matters of (19CM848 & 20CF568) which I Appeared At them All that I had full knowledge of with the Advance Notice to Appear from A Previous Appearance Court Date. Video footage from McLean County Courthouse will Prove I Appeared At All Schedule Court Dates. The Coercion by the Judge, State's Attorney, And My Public Defender, on 10/21/20 to Conspire And set A Motion to withdraw hearing without My knowledge or Without ME Receiving A Notice is in violation of My 14th Amendment Due Process Clause. It says A Notice was filed but I Did not

Receive one for I would have Appeared As I have Appeared to Every last Other Court Dates while out on Bond. I do not understand Why I would Failure to Appear to My Felony Hearing (20CF568) but I was Apprehended At My Misdemeanor Hearing (19CM848) on 10/30/20 Doesn't Make Any sense!? Please check video Footage From All Schedule Court Dates I Appeared with My wife & kids. On 10/30/20 ME, My wife And My daughter Appear At McLean County Court house for my hearing in the Matter of (19CM848) Once up stairs I was not Allowed in the Courtroom By the Sheriffs they stated they had A warrant for failure to Appear they Apprehended ME Booked ME then Bring ME to my schedule court Appearance in front of Judge; William Workman in the Matter of (19CM848) I Appeared in Open Court Not VIA close circuit. the Judge says he was Sentencing me to 90 days in Jail I object Continuously But was Remand to McLean County Jail. Once in Custody I wrote, Judge, State's Attorney, Public Defender, And Asserted My false imprisonment And Malicious Prosecution Claims. Once I Appeared At My next Court Date; 12/03/20 In the Matter of (20CF568) In front of William Yoder; I informed him of My Problems And Issues And he had Me ordered A Mental Evaluation. 12/08/20 I was told by Correctional officer I had A court Date hearing they took ME to the Holding Cell but I wasn't Allowed to Appear in open Court. Once My 90 DAY Confinement was Complete & finished I thought I would Be released on my previously held (PR) Bond for which I have not Been Violated or Caught A new Case to Revoke or had A Revoke hearing. I was not Release instead I was told I had to repost My Original Bond. I filed Multiple grievances And Request And I was told that I needed to speak to the Judge About my issues with Bond. On 1/15/21, By the WAY; in the matter of (20CF568) William Workman Was My New Judge when I Appeared for that Proceeding!

When I spoke to Judge; William Workman About my problems and issues, He claim to Not know about any of my problems & issues and that I should speak to my Attorney About those Problems & Issues. When I spoke to my Public Defender; Jon McEldowney He Advised I should file A complaint but did not Assist or personally show me how to make or file A formal complaint. I continued to file grievances About my previous PR Bond that I was not Afforded A Revocation hearing for And How I should have been Released when my 90 day confinement was finished. by this time I've been incarcerated inside McLean County Jail going on 7 months but I've been under McLean County Sheriff custody since August 6th 2020 via Electronic Monitoring. My wife was struggling Tremendously during the Pinnacle of the Deadly "COVID-19" virus without my support & help financially with my twin daughters by herself. When I spoke to my wife After my next court date 3/15/21. My wife begged me to quote "Please take A Deal for probation or something we need you, I need you out here I lost so many hours Due to the COVID-19 Pandemic Please come Home" on 4/06/21 I spoke with my Public Defender regarding A PLEA DEAL, but I continue to file grievances and Motions to object to challenge my Constitutional rights that were being violated. Since I was forced into Probation At my PLEA Agreement Hearing I did state for the Record that there were Procedural defects Pertaining to this Matter And I wanted the Record to Reflect this issue. Also while in Custody I wrote, Well I tried to file A formal complaint 42 USC §1983 About this issue But I Did Not know How to state A Claim so my case was Dismissed Without Prejudice in the central District Court 218 U.S. Court House, 201 South Vine Street, Urbana Illinois. Office. At all times during this complaint the Plaintiff was subject to false Imprisonment, Conspiracy to Maliciously prosecute, deprivation of Due process for unlawful seizure, for 188 Days during the Pinnacle of the "COVID-19" Pandemic And Housed with Inmates Who

was Known to Contracted the Deadly virus During the time of these Stated Allegations. In Fact these Are Not Allegations but they Are known facts with A very well Documented paper trail, see Ex of Record sheets for Case # (19CM848 $20CF568) Attached to this Complaint, From Nov 2020 - May 2021, The Plaintiff sent hand written Affidavits, Letters As complaints to All Defendants in to their respected Offices Complaining And in objection to his false imprisonment, Malicious Prosecution And Deprivation of DUE Process in regards to his (PR) Bond Revocation with no Response OR Relief And these Actions should Amount For these BAR MeMbers And Legal Technicians to Conspire to Deprive the Plaintiff of his 1st 4th 5th And 14th Amendment Rights Protected by the United States Constitution. The Plaintiff Asserts he is NOT A Member of the BAR And All of the Defendants Are, Plaintiff Does not understand the LAW or Legal ISSUES. He Do Not understand How to Properly state A Claim but the Plaintiff Does understand that he has Rights that undoubtly have been infringed upon in this matter, And the Plaintiff Respectfully Request if there Any time barred ISSUES Pertaining to this matter he ASK that they Are Equitably Tolled. Whereas He was trying to Maintain his Family & household And Survival During A Global Pandemic once he was released And was not made Aware that his rights & Claims were About to be time barred And would not be Able to challenge these ISSUES. THANK YOU!

Respectfully Submitted: *Christiaan D*
CHRISTIAAN DAVIS

DATE:

## – CAUSE FOR ACTION

1.) In the matter of (20CF568) 2 or more of the named Defendants combined to Accomplish by concerted Actions; A false Arrest And imprisonment for their personal unlawful Purposes. by: (A) Defendant William YODER, WILLIAM WORKMAN, Jon MCELDOWNEY; on 10/21/2020 Assist State's Attorney, MARY LAWSON; on 10/21/2020(A) by filing a motion to withdraw of counsel used their powers to Abuse of Process to unlawfully issue An Arrest Warrant For Plaintiff. (B) Defendants knowingly and willfully, was aware that Plaintiff wouldn't be notified about the Allege hearing that claim he failed to Appear, Thats why the Plaintiff was Apprehended At his next schedule Court Appearance on 10/30/20 Instead of At his residence. (C) At the commencement of the Plaintiffs felony Proceedings in the matter of (20CF568) on July 1st 2020, The Plaintiff was Arrested Pursuant to A warrant At his Residence Two Days Later on July 3rd 2020 (D) But Pursuant to the Alleged failure to Appear the Defendants waited until the Plaintiff Appeared to Another scheduled court date 7 Days Later to Apprehend Plaintiff for warrant for Allege failure to Appear. (E) Defendants. Actions must amount to A Conspiracy to Deny or Obstruct the course of Equal protection Rights. (F) Once Arrested And Process Sheriff made the Plaintiff Appear In open Court In the Matter of (19CM848) But state Court Docket Record Sheet Alleges Plaintiff Appeared VIA Closed Circuit Television, Which is false And incorrect.

2.) Defendants conspiracy to violate has violated the Plaintiff Rights under the United States Constitutions Due Process Clause in violation of the Plaintiffs 14th Amendment Rights.

3.) Defendants Also violated the Plaintiffs Due Process with the conspiracy to deprive the Plaintiff Equal Protects whereas Putting into effect A 90 Day Confinement order for No Known Allegations to Terminate or Revoke conditional discharge in the Matter of (19CM848) And Falsifing state court Proceeding Records by stating Custody Hearing was held via Closed Circuit Television, when in fact that hearing was held in open court. 1st 4th 5th And 14th Amendment violations.

3.) The indirect And direct Acts of the Defendants has Lead to Deprivation of Equal Protection And Privileges under the Laws, And the Defendants furtherance of Actions has Lead to injury to Plaintiff's Person And Property, With 188 Days Plus Countinous Detainement inside McLean County Jail, Electronic Monitoring And 30 Months Probation For Alleged Misdemeanor offense.

4.) Defendants Judicial Determinations to conspire And deprive the Plaintiff of his Constitutional Protected Rights by; unlawful Seizure Malicious Prosecution, False Arrest And Imprisonment. Which has Lead the Plaintiff to Remain under the custody of McLean County Sheriff until the Plaintiff Eventually PLEAD Guilty to A Charge to get Another Falsly Charged offense Dismissed. Plaintiff was Deprived of A Substantial Liberty interest during the Pinnacle of the "COVID-19" PANDEMIC.



5.) In the matter of (20cf568) When in McLean county custody during the Pinnacle of the "COVID-19" Pandemic I wrote to several Local Politicians And Government officials Pertaining to my false imprisonment And Malicious Prosecution.

6.) From Nov 2020 - May 2021, I Christiaan Davis, sent hand written complaints, well letters complaining about my situation And Problems with McLean County to Illinois Attorney General; Lt. Attorney General; State Representors; And the NAACP office in Springfield IL, Lt. Govenor Aswell.

7.) I AM Lead to believe that their should be some type of Documented Record of my "Mail Log" with McLean County OR Either With the "Post Master" General for the Bloomington-Normal Location!?

8.) During My entire time that I was bein held Against my will inside of McLean County From 10/30/20 thru 05/06/21, I wrote the Judges, Public Defenders, Filed Inmate grievances And Submitted Request on why I wasn't Released And that I was being unlawfully Detained.

9.) IN December 2020, I filed A formal complaint with the Central District court of Illinois, At 201 Vine St URBANA, IL I cannot remember the case Number but it was Dismissed Without Prejudice for failure to state A claim.



10.) The seizure by unlawful Warrant was a Conspiracy between named Defendants to violate Plaintiffs DUE Process civil Rights in violation of the United States 4th & 5th 14th Amendment Constitutional Rights Protected by 42 U.S.C. § 1983, 1985 & 86

11.) The failure of the named Defendants to Prevent this Conspiracy Constitutes for Damages of Acts and omission for the failure to protect the plaintiff from the unlawful Civil Rights violations, That Defendants has Sworn An Oath to Do!

12.) All Named Defendants are Licensed Attorneys and officers of the court and willfully and wantonly knew that the Plaintiffs Liberty interest was at stake without DUE Process or Abuse of Process, for false imprisonment, Malicious Prosecution, intentional and Negligent, infliction of Emotional Distress, Failure To Protect,

13.) Plaintiffs 1st 4th and 14th Amendments Where violated to the United States Constitution and state tort claims. Plaintiff Asserts He is not A Member of the "Bar" and Do-Not understand fully the different aspects of "LEGAL AND LAW" But DOES understand his Rights Protected by the United States Constitution Amendments and Knows how to Assert when they are infringed upon, As with this Matter, And if the plaintiff has Failed to Properly State A Claim Please be understanding and allow an Licensed Attorney to Assist the plaintiff with these Pertinent Matters. Thank you!

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

   (D)   Ground four _____
           Supporting facts:

2. Have all grounds raised in this petition been presented to the highest court having jurisdiction?

   ☐ Yes  ☒ No

3. If you answered "NO" to question (2), state briefly what grounds were not so presented and why not: ISSUES involved Petitioners Civil Rights being violated by Judicial Officers & State's Attorney & Public Defenders. Petitioner DO-NOT understand Legal And the LAW Aspects only understand How to Assert Rights under Constitution.

## PART IV – REPRESENTATION

Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

   (A)   At preliminary hearing See Attached Docket Record Sheets
   (B)   At arraignment and plea See Attached Docket Record Sheets

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

7

Rev. 06/29/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(C) At trial _____
(D) At sentencing _____  SEE Attached Docket
(E) On appeal _____
(F) In any post-conviction proceeding _____ Record SHEET
(G) Other (state): _____

## PART V – FUTURE SENTENCE

Do you have any future sentence to serve following the sentence imposed by this conviction?

☒ Yes    ☐ No

Name and location of the court which imposed the sentence: 30 Month Probation 1-3 year Extend Term Eligable McLean County Circuit 11th Judicial

Date and length of sentence to be served in the future  11/05/23 Termination

WHEREFORE, petitioner prays that the court grant petitioner all relief to which he may be entitled in this proceeding.

Signed on: _____
         (Date)

_____
Signature of attorney (if any)

**I declare under penalty of perjury that the foregoing is true and correct.**

(Signature of petitioner)
_[signature]_

(I.D. Number)

_____

(Address)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

8

Rev. 06/29/2016

Morrissey v. Brewer) 408, U.S. 471, 480-82, 92 S. Ct. 2593, 2599-2600

33 L. Ed. 2d 484 (1972)

CLQ Tucker v. Kotos) 68. Ill. 2d 88, 11 Ill Dec. 295, 368 N.E. 2d 903 (1977)

Requested At
Sent To
Status
Received At
Location
Accuracy

It has been very difficult to decide whether an action challenging the claims the plaintiff/petitioner has brought under § 1983 or Habeas Corpus, is the Exclusive Remedies. These federal constitutional violations was a result of state judicial officers willful and wanton misconduct which forced arbitrary state action & determination with coercion, on the plaintiff/petitioner without an opportunity for due process. The plaintiff/petitioner DO-NOT understand the legal or lawful aspects and is just following the directions of other inmates I am housed with who are claiming that Habeas Corpus and 42 § U.S.C. 1983 & 1985 & 1986 are the ways to make claims and challenge my situation for constitutional violation of rights protect by the 14 Amendments.

PLEASE HELP, THANK YOU!

Sincerely:

Christiaan Davis

← Continue

28 USC 2254

A) The Supreme Court, A Justice therefor, A Circuit Judge, or A district Court shall entertain An Application for writ HABEAS CORPUS in behalf of A person in Custody pursuant to the Judgement of A state Court only on the ground that he is in Custody in violation of the Constitution or LAWS or treaties of the United States.

1) An Application for A writ of HABEAS CORPUS on behalf of A person in custody pursuant to the Judgement of A state court shall not be granted unless it Appears that.

i) ~~there is An Absence of Available~~

ii) Circumstances Exist that render such process ineffective to protect the Rights of the Applicant.

(D)(1)

← Continue            Continue →
← Continue            Continue →

